**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873**[1]

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Colete Allen | 10/20/1948 | California | Central District of California | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII, XIII, XIV |
| 2. | Susan Bennett | 5/21/1951 | Missouri | Western District of Missouri | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII, XIII, XIV |
| 3. | Winston Ffrench | 4/7/1959 | Mississippi | Southern District of Mississippi | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII, XIII, XIV |
| 4. | Karen Hayes | 9/28/1961 | California | Northern District of California | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII, XIII, XIV |
| 5. | Melissa Machynia | 7/15/1947 | California | Central District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII, XIII, XIV |
| 6. | Michael Storti | 7/2/1945 | Pennsylvania | Eastern District of Pennsyvania | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.

[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 7. | Noelle St. Pierre | 7/30/1981 | New Hampshire | District of New Hampshire | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 8. | Johnaya Streeter | 9/18/1982 | Pennsylvania | Eastern District of Pennsylvania | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 9. | Amanda Strube | 9/28/1984 | Tennessee | Middle District of Tennessee | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 10. | Sara Sullivan | 1/30/1986 | Florida | Middle District of Florida | No | Yes | No | liver cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 11. | Misty Sullivan | 10/3/1971 | California | Eastern District of California | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 12. | Johnny Sutherland | 4/22/1985 | Tennessee | Eastern District of Tennessee | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 13. | Michael Sutton | 8/25/1963 | Oklahoma | Eastern District of Missouri | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 14. | Robert Swenson | 4/21/1955 | Wisconsin | Western District of Wisconsin | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 15. | Tangie Swepson | 3/12/1964 | North Carolina | Eastern District of North Carolina | No | Yes | No | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 16. | Sherri Szczepanski | 12/4/1962 | New York | Western District of New York | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 17. | Marianne Szucs | 10/4/1980 | Michigan | Western District of Michigan | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 18. | Steven Taber | 12/7/1964 | North Carolina | Eastern District of North Carolina | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 19. | Bridget Tanner | 3/23/1962 | Louisiana | Western District of Louisiana | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 20. | Stephen Tanner | 11/29/1964 | Pennsylvania | Western District of Pennsylvania | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 21. | Sarah Tart | 7/1/1991 | South Carolina | District of South Carolina | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 22. | Valerie A Taylor | 7/18/1966 | Tennessee | Eastern District of Tennessee | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 23. | Steven Taylor | 7/3/1992 | California | Eastern District of California | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 24. | Pearl Taylor | 11/23/1941 | California | Central District of California | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 25. | Mark Taylor | 5/5/1965 | Georgia | Middle District of Georgia | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 26. | Brittany T. Teter | 2/15/1993 | Colorado | District of Colorado | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 27. | Kelly Tharp | 9/11/1966 | Kentucky | Western District of Kentucky | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 28. | Willie Tyrone Thomas | 4/25/1960 | Indiana | Northern DIstrict of Indiana | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 29. | Wayne Parker Thomas | 6/26/1982 | North Carolina | Eastern District of | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | North Carolina | | | | | |
| 30. | Fantaja Thomas | 6/27/1987 | California | Southern District of California | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 31. | London Thomas | 3/4/1994 | Texas | Western District of Texas | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 32. | Terence Thomas Sr | 8/30/1955 | Delaware | District of Delaware | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 33. | C G Thomason | 9/20/1953 | Louisiana | Western District of Louisiana | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 34. | Rachel L. Thompson | 11/24/1971 | Texas | Northern District of Texas | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 35. | Julia Thompson | 4/29/1985 | California | Central District of California | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 36. | David Thompson | 5/8/1952 | Indiana | Southern District of Indiana | No | Yes | No | liver cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 37. | Samual Thornton | 3/22/1976 | Alabama | Northern District of Alabama | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 38. | Chemeka Thornton | 10/18/1974 | Texas | Southern District of Texas | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 39. | Christopher Tilton | 7/20/1974 | California | Northern District of California | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 40. | Robert J. Timko | 9/22/1978 | Nevada | District of Nevada | No | Yes | No | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 41. | Jeff Timmerman | 11/22/1978 | Maryland | District of Maryland | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 42. | Kristain Tolar | 6/21/1985 | Alabama | Southern District of Alabama | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 43. | Nadia Torrente | 1/16/1990 | Texas | Northern District of Texas | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 44. | Yolanda Torres | 4/28/1958 | California | Eastern District of California | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 45. | Jolene Tracey | 2/2/1996 | Florida | Middle District of Florida | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 46. | Philip Tracy | 8/29/1956 | Texas | Southern District of Texas | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 47. | Jessica Ann Trigg | 12/14/1981 | Texas | Southern District of Texas | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 48. | Charles Trimbath | 11/13/1966 | Texas | Western District of Texas | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 49. | Mark Preston Trowbridge | 12/8/1945 | Michigan | Western District of Michigan | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 50. | Marjorie Dorn Tuck | 2/26/1947 | Texas | Southern District of Texas | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 51. | Louis H. Tuck | 8/8/1972 | Missouri | Western District of Missouri | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 52. | Heather Tucker | 5/26/1986 | West Virginia | Northern District of West Virginia | No | Yes | No | liver cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 53. | Jacqueline Yvonne Tukes | 2/3/1965 | North Carolina | Eastern District of North Carolina | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 54. | Josephine Tunon | 3/16/1973 | Texas | Southern District of Texas | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 55. | Tucumcari B. Turner | 9/13/1990 | Texas | Northern District of Texas | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 56. | Joshua Turner | 7/6/1979 | Indiana | Southern District of Indiana | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 57. | Robin Tyner | 3/5/1956 | South Carolina | District of South Carolina | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 58. | Cruz Valdez | 6/7/1954 | Texas | Western District of Texas | No | Yes | No | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 59. | Kristopher Shane Valencia | 5/26/1977 | Florida | Middle District of Florida | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 60. | Jalisa Valentine | 10/6/1990 | Illinois | Northern District of Illinois | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 61. | Robert Vauhkonen | 12/6/1970 | Michigan | Eastern District of Michigan | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 62. | Marthe Vecchio | 7/12/1976 | Ohio | Northern District of Ohio | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 63. | Ed Veevaert | 11/28/1980 | Arizona | District of Arizona | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 64. | Joe Vela | 9/1/1961 | Washington | Eastern District of Washington | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 65. | Desiree Verdusco | 1/21/1986 | Ohio | Southern District of Ohio | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 66. | Emeline Vernillet | 5/20/1990 | Illinois | Northern District of Illinois | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 67. | Brianda Vieira | 9/30/1952 | Utah | District of Utah | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 68. | Henry Vigeant | 5/27/1971 | New Hampshire | District of New Hampshire | No | Yes | No | liver cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 69. | Renee Villani | 9/21/1954 | Arizona | District of Arizona | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 70. | Mario Villegas | 10/23/1948 | New York | Southern District of New York | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 71. | Tommy Vonblohn Jr. | 4/8/1980 | Pennsylvania | Middle District of Pennsylvania | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 72. | Jeffrey Waddell | 2/14/1988 | Michigan | Eastern District of Michigan | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 73. | Brennon Wade | 8/14/1987 | California | Eastern District of California | No | Yes | No | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 74. | Karla Wagner | 3/24/1980 | Tennessee | Middle District of Tennessee | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 75. | Thomas Wagner | 3/24/1980 | Kentucky | Western District of Kentucky | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 76. | Chad Vincent Wagner | 7/30/1971 | Kansas | District of Kansas | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 77. | Michael Wainscott | 4/6/1973 | Kentucky | Eastern District of Kentucky | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 78. | Emilie Waites | 3/4/1962 | Texas | Northern District of Texas | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 79. | Victoria Waldridge | 7/21/1993 | Kentucky | Western District of Kentucky | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 80. | Maria Del Socorro Walker | 4/20/1972 | Kentucky | Western District of Kentucky | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 81. | Edward Walker | 12/27/1962 | Washington | Western District of Washington | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 82. | Wallace Walker Jr | 4/18/1946 | Ohio | Southern District of Ohio | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 83. | Linda Walker | 12/29/1952 | Alabama | Middle District of Alabama | No | Yes | No | liver cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 84. | James Walker | 12/7/1975 | North Carolina | Western District of North Carolina | No | Yes | No | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 85. | Elaine Walker | 6/26/1961 | Iowa | Northern District of Iowa | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 86. | Lisa Ann Wallace | 5/2/1966 | Nebraska | District of Nebraska | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 87. | Margaret Theresa Wallace | 5/20/1955 | New Jersey | District of New Jersey | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 88. | Diajuana Lei Wallace-Batie | 1/13/1965 | New Jersey | District of New Jersey | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 89. | Ronald Ralph Walsh | 3/19/1956 | New Jersey | District of New Jersey | No | Yes | No | liver cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 90. | Jason P Warford | 12/13/1973 | Texas | Western District of Texas | No | Yes | No | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 91. | Gerald Washington | 8/31/1959 | Texas | Western District of Texas | No | Yes | No | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 92. | Rylan Wassem | 1/6/1980 | Ohio | Northern District of Ohio | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 93. | Cynthia Bragg Watson | 10/1/1947 | North Carolina | Eastern District of North Carolina | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 94. | Monica Lynn Jones Watt | 12/25/1965 | Alabama | Northern District of Alabama | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 95. | Catrena Marie Webb | 8/19/1980 | Maryland | District of Maryland | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 96. | Danielle Webster | 4/30/1980 | Nevada | District of Nevada | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 97. | Paul E Weldon | 6/23/1978 | Florida | Middle District of Florida | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 98. | Richard Welford | 9/9/1993 | Oregon | District of Oregon | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 99. | Christopher West | 10/18/1988 | Texas | Western District of Texas | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 100. | Janis West | 10/11/1942 | South Carolina | District of South Carolina | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 101. | Eartha Weston | 9/27/1958 | North Carolina | Middle District of North Carolina | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 102. | William T. White | 8/5/1958 | Virginia | Eastern District of Virginia | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 103. | Alonzo White | 6/10/1964 | Texas | Western District of Texas | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 104. | Joseph White | 10/1/1980 | Missouri | Eastern District of Missouri | No | Yes | No | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 105. | Craig Stephen White | 3/11/1976 | Alabama | Northern District of Alabama | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 106. | Lance White | 6/7/1985 | Illinois | Central District of Illinois | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 107. | Lesa White | 9/4/1966 | Alabama | Northern District of Alabama | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 108. | Lawana White | 4/15/1972 | Louisiana | Western District of Louisiana | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 109. | Nellie White | 7/26/1988 | Missouri | Western District of Missouri | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 110. | David Whitfield | 2/6/1957 | Ohio | Southern District of Ohio | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 111. | Jack Whitt | 12/15/1958 | Virginia | Western District of Virginia | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 112. | Jessica Wicker | 7/18/1988 | Florida | Northern District of Florida | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 113. | William Wiggins | 8/28/1971 | Arkansas | Eastern District of Arkansas | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 114. | Lavonna Wilkins | 10/1/1985 | North Carolina | Eastern District of North Carolina | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 115. | Kelsey Williams | 7/26/1989 | Illinois | Southern District of Illinois | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 116. | Sheldon Williams | 12/21/1981 | Illinois | Central District of Illinois | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 117. | Teka La-Cre Williams | 11/8/1975 | Georgia | Northern District of Georgia | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 118. | Wardell Williams Jr | 6/5/1962 | Missouri | Western District of Missouri | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 119. | Stephanie Williams | 2/23/1988 | Georgia | Northern District of Georgia | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 120. | Thomas Ray Williams | 4/1/1952 | Oklahoma | Western District of Oklahoma | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 121. | Cynthia Darlene Williams | 3/19/1959 | Florida | Southern District of Florida | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 122. | Melissa Williams | 3/3/1977 | Ohio | Northern District of Ohio | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 123. | Delbert Williams | 2/7/1957 | Texas | Eastern District of Texas | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 124. | Beth Williams | 8/31/1970 | North Carolina | Middle District of North Carolina | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 125. | Diane Wilson | 1/9/1956 | Maryland | District of Maryland | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 126. | Jon Wilson | 12/3/1949 | Ohio | Southern District of Ohio | No | Yes | No | liver cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 127. | Kim Wilson | 7/7/1961 | California | Eastern District of California | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 128. | Dana Wilson | 7/29/1964 | Indiana | Southern District of Indiana | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 129. | James Randolph Wilson | 2/2/1954 | Arkansas | Western District of Arkansas | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 130. | Darrick Wilson | 4/25/1958 | District of Columbia | District of District of Columbia | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 131. | Albert Wilt | 10/7/1947 | Alaska | District of Alaska | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 132. | James Winder | 2/28/1969 | Missouri | Western District of Missouri | No | Yes | No | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 133. | Shervonnda Wise | 5/15/1975 | Georgia | Northern District of Georgia | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 134. | Georgia Wise | 1/25/1978 | Tennessee | Western District of Tennessee | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 135. | Lori Wolfinger | 4/12/1965 | North Carolina | Eastern District of North Carolina | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 136. | Alan J Wood | 6/18/1958 | Wisconsin | Eastern District of Wisconsin | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 137. | Richard Wright | 12/24/1950 | Oklahoma | Northern District of Oklahoma | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 138. | Felisha Wright | 3/26/1976 | Georgia | Southern District of Georgia | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 139. | Saundra Wun | 6/23/1949 | Oklahoma | Western District of Oklahoma | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 140. | Edwin Lawrence Wynn | 2/20/1965 | Ohio | Northern District of Ohio | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 141. | Monica Kay Ying-Clark | 7/10/1972 | Washington | Eastern District of Washington | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 142. | Shelly Young | 5/2/1965 | Virginia | Eastern District of Virginia | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 143. | Michael Young | 5/5/1952 | South Carolina | District of South Carolina | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 144. | Billy Younger | 2/18/1972 | Texas | Southern District of Texas | No | Yes | No | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 145. | Carl Ywarsky | 4/29/1985 | Connecticut | District of Connecticut | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 146. | Peter Zaharakos | 12/25/1968 | Florida | Middle District of Florida | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 147. | Donald Zamora | 8/29/1949 | Texas | Western District of Texas | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 148. | Meliya Zarate | 6/8/2000 | Washington | Eastern District of Washington | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 149. | Arthur Edward Zegers | 2/27/1964 | New York | Northern District of New York | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 150. | Damien Lamon Zeigler | 1/18/1979 | Kentucky | Western District of Kentucky | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |